FILED
 2012 Jul-02 PM 12:32
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| UBER HUGO OCAMPO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:10-cv-2965-KOB |
| | ) |
| LOS PINOS MEXICAN RESTAURANT, | ) |
| LLC, d/b/a Mi Casita, | ) |
| | ) |
| Defendant, | ) |

## MEMORANDUM OPINION

In this action, the plaintiff, Uber Hugo Ocampo brings claims against the defendant Los Pinos Mexican Restaurant, LLC d/b/a Mi Casita pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq (doc. 1). On March 23, 2012, the plaintiff filed a motion for a default judgment against the defendant pursuant to Rule 55(b), Fed. R. Civ. P (doc. 9). On May 17, 2012, the magistrate judge entered a report that included findings and a recommendation that the plaintiff's motion is due to be granted and that plaintiff is entitled to recover from Defendant the amount of $11,632.25, comprised of $1,936.00 in unpaid wages, an equal amount in liquidated damages, plus $7,760.25 in attorney's fees and costs (doc. 10). No parties filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court finds that the magistrate judge's findings are due to be and are hereby ADOPTED, and the court ACCEPTS his recommendation. The court finds that the plaintiff's motion for a default judgment (doc. 10) is due to be GRANTED. The court will enter a separate judgment order.

DONE and ORDERED this 2nd day of July, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE